## James REILLY

v.

## Henry F. MURRAY, Jr. et al.

### No. 80–359–M.P.

Supreme Court of Rhode Island.

Sept. 25, 1980.

David J. Kehoe, Warwick, for petitioner.

Gary R. Pannone, Spec. Legal Counsel, Board of Review, Dept. of Employment Security, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.